# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

*SUSANNE EDGMON* v. *UNITED STATES OF AMERICA*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:07-cv-00154 (JWS)

PROCEEDINGS:  **ORDER FROM CHAMBERS**          Date: August 5, 2008

The stipulated motion to consolidate Case No. 3:07-cv-00154 JWS, *Susanne Edgmon v. United States*, with Case No. 3:08-cv-00035, *Garrett Edgmon v. United States*, is **GRANTED**. The lead case will be Case No. 3:07-cv-00154. All future filings shall be in the lead case. The pre-trial schedule already set in Case No. 3:07-cv-00154 remains in effect without change and will apply to the consolidated case.